NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EARL BUTLER, #G02261,          )
                              )
          Appellant,           )
                              )
v.                             )
                              )          Case No.  2D17-2695
STATE OF FLORIDA,              )
                              )
          Appellee.            )
                              )
_____)

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Anthony W. Surber, Mulberry, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Sonya Roebuck Horbelt,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KELLY, SLEET, and SALARIO, JJ., Concur.